IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COLLEEN M. STROM,
    Plaintiff,

vs

THOMAS W. CORBETT, in his official capacity
as Governor of Pennsylvania, et al.,
    Defendants.

2:14cv1518
Electronic Filing

## MEMORANDUM ORDER

AND NOW, this 23rd day of July, 2015, after the plaintiff, Colleen Strom, filed an Amended Complaint in the above-captioned case, and after a motion to dismiss was submitted by Defendants Thomas W. Corbett and Kathleen Kane, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 38), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss the Amended Complaint filed by Defendants Thomas W. Corbett and Kathleen Kane (ECF No. 27) is GRANTED.

                                                  _____
                                                David Stewart Cercone
                                                United States District Judge

cc:    Colleen M. Strom
        2361 Tilbury Avenue
        Pittsburgh, PA 15217
        *(Via First Class Mail)*

        Mary Lynch Friedline, Esquire
        Scott A. Bradley, Esquire
        Michael P. Daley, Esquire
        *(Via CM/ECF Electronic Mail)*