# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN M. STROM,<br>      Plaintiff, | 2:14cv1518<br>Electronic Filing |
| v. | Magistrate Judge Robert C. Mitchell/<br>District Judge David S. Cercone |
| THOMAS W. CORBETT *in his official Capacity as Governor of Pennsylvania,* ANNETTE TIERNEY *in her official Capacity as Hearing Officer in the Family Division of The Court of Common Pleas of Allegheny County,* GERALDINE M. REDIC, *in her official capacity as Deputy Administrator of the Domestic Relations Office of Allegheny County,* and THOMAS G. SAYLOR, *in his official capacity as Chief Justice of the Supreme Court of Pennsylvania,*<br>      Defendants. | |

## **MEMORANDUM ORDER**

The present action was filed on November 12, 2014. The case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

Defendants Geraldine M. Redic, Thomas G. Saylor and Annette Tierney filed a Motion to Dismiss on May 18, 2015. [ECF No. 43]. The Magistrate Judge's Report and Recommendation [ECF No. 13] filed August 17, 2015 recommended that Defendants' motion be granted and Plaintiff's complaint be dismissed as moot. Service of the Report and Recommendation was made on all parties. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until August 31, 2015 to file any objections. As of this date, no objections have been filed.

Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this \_\_\_7th\_\_\_ day of October, 2015, IT IS HEREBY ORDERED that Defendants Geraldine M. Redic, Thomas G. Saylor and Annette Tierney's Motion to Dismiss [ECF No. 43] is granted and Plaintiff's complaint is DISMISSED as MOOT.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Colleen M. Strom
2361 Tilbury Avenue
Pittsburgh, PA 15217
(*Via First Class Mail*)

Mary Lynch Friedline, Esquire
Scott A. Bradley, Esquire
Michael P. Daley, Esquire
(*Via CM/ECF Electronic Mail*)